■ DONNA LEE SCHMITZ, as Executor of ROBERT J. SCHMITZ, Deceased, Respondent, v CALDWELL & COOK, INC., Respondent, and BEAM MACK SALES & SERVICE, INC., Doing Business as CONWAY GMC VOLVO TRUCK DIVISION, Appellant, et al., Defendant. CALDWELL & COOK, INC., et al., Third-Party Plaintiffs, v MATTHEWS AND FIELDS OF HENRIETTA, INC., Third-Party Defendant-Respondent. [890 NYS2d 883]—

Present—Martoche, J.P., Smith, Peradotto, Carni and Green, JJ.